1   MARY KATE SULLIVAN (State Bar No. 180203)
    AUSTIN B. KENNEY (State Bar No. 242277)
2   LASZLO LADI (State Bar No. 265564)
    ll@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
5   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
6
    Attorneys for Defendant
7   OCWEN LOAN SERVICING, LLC
8   ARASTO FARSAD (SBN 273118)
    FARSAD LAW OFFICE, P.C.
9   2905 Stender Way, Suite 76
    Santa Clara, CA 95054
10  Telephone: (408) 641-9966
    Facsimile: (408) 866-7334
11
    Attorneys for Plaintiffs
12  CESAR GALINDO and MARIA RIVERA

13

14                  UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

16

17  CESAR GALINDO and MARIA RIVERA,       Case No. 5:17-cv-00021-LHK

18              Plaintiffs,               **STIPULATION FOR DISMISSAL OF
                                          DEFENDANT OCWEN LOAN
19      vs.                               SERVICING, LLC; [PROPOSED] ORDER**

20  OCWEN LOAN SERVICING, LLC; BSI        Action Filed:    January 4, 2017
    FINANCIAL SERVICES, INC.; and DOES 1  Trial Date:      February 8, 2019
21  through 10, inclusive,

22              Defendants.

23  _____

24      TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

25          IT IS HEREBY STIPULATED by and between plaintiffs Cesar Galindo and Maria Rivera

26  ("Plaintiffs") and defendant Ocwen Loan Servicing, LLC ("Ocwen"), that Ocwen be dismissed

27  from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and

28  that each party shall bear its own attorneys' fees and costs.

1  DATED:  May 24, 2018                    FARSAD LAW OFFICE, P.C.

2

3                                          By:      /s/ Arasto Farsad
                                                    Arasto Farsad
4
                                           Attorneys for Plaintiffs
5                                          CESAR GALINDO and MARIA RIVERA

6

7  DATED:  May 25, 2018                    SEVERSON & WERSON
                                           A Professional Corporation
8

9                                          By:          /s/ Laszlo Ladi
                                                         Laszlo Ladi
10

11                                         Attorneys for Defendant
                                           OCWEN LOAN SERVICING, LLC
12

13                                     **ECF ATTESTATION**

14         I hereby attest that I have on file all holographic signatures corresponding to any signatures

15  indicated by a conformed signature (/S/) within this e-filed document.

16         */s/ Laszlo Ladi*

17

18                                     **[PROPOSED] ORDER**

19         Pursuant to the stipulation of the parties, Ocwen Loan Servicing, LLC is dismissed with

20  prejudice.  The Clerk shall close the file.

21         IT IS SO ORDERED.

22

23  DATED:      5/24/2018                   *Lucy H. Koh*

24                                          Hon. Lucy H. Koh
                                            District Judge
25

26

27

28